IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID BROWN,

       Plaintiff,

vs.                              No. CV 20-00741 KG/SMV

CURRY COUNTY ADULT DETENTION CENTER,

       Defendant.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Complaint filed by Plaintiff David Brown (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Complaint filed by Plaintiff David Brown (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE